## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HELEN SEMANSKI,** | : | **Civil No.  1:23-CV-414** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **FRANK BISIGNANO,**[1] | : | |
| **Commissioner of Social Security** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Accordingly,  for  the  reasons  set  forth  in  the  accompanying  Memorandum Opinion, IT IS ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a  new  administrative  hearing  pursuant  to  42  U.S.C.  §  405(g).  IT  IS  FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this  13th day of March 2026.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).